UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**EDWARD JAMES MCKINNEY**           CIVIL ACTION NO. 5:08CV1263

**VERSUS**                          JUDGE HICKS

**WARDEN, LSP**                     MAGISTRATE JUDGE HORNSBY

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__X__   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Shreveport__, Louisiana, this __11th__ day of __May__, 2012.

S. Maurice Hicks, Jr.
UNITED STATES DISTRICT JUDGE